# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

M.D. Appeal Dkt.
56 MAP 2017

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 286 MAL 2017 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| MICHAEL J. HICKS, | : | |
| | : | |
| Petitioner | : | |

# ORDER

**PER CURIAM**

**AND NOW**, this 2nd day of October, 2017, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

Whether the Superior Court's bright line rule holding that possession of a concealed firearm in public is sufficient to create reasonable suspicion is a matter of such substantial public importance as to require prompt and definitive resolution by the Pennsylvania Supreme Court?